UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SAMIR ALNISWAN, d/b/a BEAUTY SUPPLY & CELLULAR WIRELESS.<br><br>  Plaintiff<br>v.<br><br>VALLEY FORGE INS. CO., d/b/a CNA INS. CO.,<br><br>  Defendant | )<br>)<br>)<br>)<br>) Case No. 2:09-CV-02257-Ma/V<br>)<br>)<br>)<br>)<br>) |

## ORDER AND JUDGMENT DISMISSING CASE WITH PREJUDICE

  Defendants having timely filed a motion pursuant to FRCP 59 and 60 to alter or amend a Judgment or to seek relief from a Judgment or Order, and by Agreement of the Parties,

  IT IS HEREBY ORDERED that the previous Order and Judgment entered on December 6 and 7, 2010 are hereby set aside pursuant to FRCP 59 and 60.

  IT IS FURTHER ORDERED AND ADJUDGED that this case is now Dismissed, WITH PREJUDICE and that the Court shall maintain jurisdiction to enforce the Mutual Release and Settlement Agreement among the parties.

  IT IS ALSO ORDERED that this Order is a final appealable Order and Judgment

2

and that there is no just cause for delay in its entry.

IT IS SO ORDERED this 19th day of January, 2011.


*s/Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE