UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


SAMIR ALNISWAN, d/b/a BEAUTY
SUPPLY & CELLULAR WIRELESS,

    Plaintiff,

V.                                    NO. 09-2257-Ma

VALLEY FORGE INS. CO., d/b/a
CNA INS. CO.,

    Defendant.


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order and Judgment Dismissing Case With Prejudice, docketed January 19, 2011.


**APPROVED:**


*s/   Samuel H. Mays Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


| *January 24, 2011* | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
|  | S/ *Jean Lee* |
|  | (By) DEPUTY CLERK |